# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CECLIA TATE,**  **PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley,** *et al.*

v.     CASE NO. 4:20-CV-00558-BSM

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 15th day of December, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE

.